UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOON WELDING & POWDER INC., | CASE NO. 3:24-cv-5810-JNW |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MELISSA JEANE BROWN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On March 4, 2025, the parties filed a Notice of Proposed Settlement. Dkt. No. 10. The Court STRIKES the remaining hearings, deadlines, and trial date. The Court ORDERS Plaintiff to file a motion for a reasonableness determination of the covenant judgment and supporting documentation or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this Order.

Dated this 11th day of March 2025.

MINUTE ORDER - 1

Ravi Subramanian
Clerk
*/s/Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2