1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| 10 MOON WELDING & POWDER INC., | CASE NO. C24-5810 JNW |
| 11             Plaintiff, | ORDER GRANTING MOTION FOR DETERMINATION OF REASONABLENESS |
| 12 v. | |
| 13 MELISSA JEANE BROWN, | |
| 14             Defendant. | |

15

16   This matter comes before the Court on Plaintiff's Motion for Determination of

17 Reasonableness. (Dkt. No. 12.) Having reviewed the Motion, Defendant's Joinder (Dkt. No. 15),

18 the Reply (Dkt. No. 17), and all supporting materials, the Court GRANTS the Motion. The Court

19 finds the proposed settlement and covenant agreed to by the parties, including the amount to be

20 paid, is reasonable and fair.

21   The Court directs the clerk to terminate this matter, given the Parties' settlement and this

22 Order.

23   The clerk is ordered to provide copies of this order to all counsel.

24

1  Dated July 28, 2025.

2

3  Marsha J. Pechman
   United States Senior District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION FOR DETERMINATION OF REASONABLENESS - 2